## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of August, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

By holding that a nurse is competent to render an opinion that a breach of the standard of care caused plaintiff's medical condition, did the Superior Court render a decision in direct conflict with *Flanagan v. Labe,* 547 Pa. 254, 690 A.2d 183 (1997), in which this Court held that a nurse is incompetent to render an opinion on causation in a medical malpractice action because it calls for a medical diagnosis which a nurse is statutorily prohibited from rendering?

930 A.2d 1249

### GENERAL REFRACTORIES COMPANY

v.

### INSURANCE COMPANY OF NORTH AMERICA, CCI Insurance Company (as Successor to Insurance Company of North America), Century Indemnity Company (as Successor to CCI Insurance Company, as Successor to Insurance Company of North America).

#### Petition of United Policyholders.

#### No. 131 EM 2006.

Supreme Court of Pennsylvania.

Aug. 2, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of August, 2007, the Motion For Leave To File Brief Of Amicus Curiae United Policyholders In Support Of The Petition For Allowance Of Appeal by General Refractories Company is hereby DENIED.

930 A.2d 1250

### GENERAL REFRACTORIES COMPANY

v.

### INSURANCE COMPANY OF NORTH AMERICA, CCI Insurance Company (as Successor to Insurance Company of North America), Century Indemnity Company (as Successor to CCI Insurance Company, as Successor to Insurance Company of North America)

**Petition of Fisher Scientific Company, L.L.C.**

**No. 130 EM 2006.**

Supreme Court of Pennsylvania.

Aug. 2, 2007.

## *ORDER*

PER CURIAM.

AND NOW, this 2nd day of August, 2007, the Application For Leave To File Brief Of Amicus Curiae by Fisher Scientific Company L.L.C. In Support Of General Refractories Company's Petition for Allowance of Appeal is hereby DENIED.